IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| KEAHEY CARPENTER, INC.,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | CIVIL ACTION NO. |
| v.   ) | 2:23cv353-MHT |
| ) | (WO) |
| STATE FARM FIRE & CASUALTY ) | |
| COMPANY,   ) | |
| ) | |
| Defendant.   ) | |

**ORDER**

By agreement of the parties, *see* Def.'s Resp. (Doc. 13), it is ORDERED that the plaintiff's motion to remand (Doc. 9) is granted, and that this case is remanded to the Circuit Court of Covington County, Alabama. The clerk of the court is to take appropriate steps to effect the remand.

This case is closed in this court.

DONE, this the 1st day of August, 2023.

                                        /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE